# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>COREY JOHNSON<br><br>*Defendant(s)* | Case No.<br>25-mj-166 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 7, 2025 in the parish of Jefferson in the Eastern District of Louisiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Willfully make threats or maliciously convey false information |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

/s/ Justin Sparrow
*Complainant's signature*

Justin Sparrow, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/25

City and state: New Orleans, Louisiana

Hon. Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

___ Fee ___
_X_ Process  2 cc usm
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRMINAL NO.: 25-mj-166** |
| **v.** | * | **SECTION: DUTY MAG** |
| **COREY JOHNSON** | * | |

\* \* \*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Sparrow, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the New Orleans Violent Crime Task Force ("Task Force"). In that role my primary duties involve investigating fugitive matters, armed robberies, extortions, car jackings, violent offenses, airport offenses, and firearms violations. I have received training in interviewing and interrogation techniques, arrest procedures, and search and seizure at the Federal Bureau of Investigation Academy in Quantico, VA.

2. In addition to my basic law enforcement training at the Federal Bureau of Investigation Academy, I have also received training the following areas: investigative techniques, tactics, firearms, electronic and physical surveillance procedures, and the daily work related to conducting these types of investigations.

3. The information contained in this Affidavit is based on my personal knowledge as well as information provided to me by other agents, law enforcement officers and witnesses. The facts set forth in this affidavit have either been observed directly by me or relayed to me by

assisting agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On or about November 7, 2025, the Federal Bureau of Investigation Violent Crime Task Force was notified by the Jefferson Parish Sheriff's Office (JPSO), of a threatening phone call received by the Louis Armstrong New Orleans International Airport (MSY) Aviation Communications (AVCOM) Center, located at 1 Terminal Drive, Kenner, LA 70062. At approximately 9:50 P.M., the subject, later identified as **COREY JOHNSON ("JOHNSON")** contacted AVCOM from phone number (318) 753-5572 and demanded the AVCOM operator "page Hassan". **JOHNSON** further threatened, "If you do not page him, we have the bomb." **JOHNSON** repeated, "We have the bomb if you do not page him" before abruptly hanging up. The AVCOM operator attempted to call to call the number back but received no answer.

5. At approximately 10:35 P.M., **JOHNSON** contacted AVCOM a second time from phone number (318) 753-5572. While attempting to disguise his voice, **JOHNSON** stated "Didn't I tell you, you stupid fucking bitch, I will cut your fucking throat!". **JOHNSON** followed with "Page Hassan!" and "I want him to bring the bomb to level three". **JOHNSON** then terminated the call.

6. Deputies from the Jefferson Parish Sheriff's Office initiated an emergency ping of the phone number (318) 753-5572 and results revealed the phone was located near the north terminal of MSY at 1 Terminal Drive, Kenner, LA 70062.

7. Through investigative means JPSO Deputies identified **JOHNSON** as the individual related to telephone number (318) 753-5572. After identifying **JOHNSON**, JPSO Deputies recognized **JOHNSON's** name from an incident earlier in the same evening.

8. At approximately 7:48 P.M., **JOHNSON** attempted to exit the Short-Term parking garage in his 2006 Jeep Grand Cherokee (LA Plate YAU925) but was unable to render payment to New South Parking. **JOHNSON** refused to move his vehicle from the exit lane after multiple requests from parking staff and airport police officers. After response by JPSO Deputies and permission from New South Parking, **JOHNSON** moved his vehicle to park in the surface lot until he could obtain the necessary funds to exit the lot.

9. After connecting **JOHNSON's** identity to the ongoing bomb threat investigation, JPSO Deputies responded to the surface lot where they located **JOHNSON** in driver's seat of his 2006 Jeep Grand Cherokee, ordered **JOHNSON** out of the vehicle and placed **JOHNSON** under arrest at approximately 10:52 P.M. After being advised of his rights per Miranda using a JPSO issued card, **JOHNSON** affirmed he understood his rights.

10. JPSO Deputies then called the telephone number (318) 753-5572, while observing **JOHNSON's** phone located in the driver's seat of the 2006 Jeep Grand Cherokee. The device in the seat rang confirming it was the device used in the threats.

11. **JOHNSON** was interviewed by a JPSO Deputy and admitted to the Deputy that he called the Louis Armstrong New Orleans International Airport twice that evening. When asked if he stated that he or other had a bomb during those calls, **JOHNSON** responded "Something like that".

## PROBABLE CAUSE FOR ARREST

12.     Based on the facts presented above, I believe probable cause exists for the issuance of a warrant based on **JOHNSON's** violation of Title 18, United States Code, Section 844(e).

Respectfully submitted,

*/s/ Justin Sparrow*
Justin Sparrow
Badge No. 102611
Special Agent
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Sworn to and subscribed before me
this 17th day of November, 2025,
New Orleans, LA

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE