FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 NOV 20 AM10:52
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR WILLFULLY MAKING A THREAT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-00274 |
| v. | * | SECTION: SECT. A MAG. 5 |
| COREY JOHNSON | * | VIOLATION: 18 U.S.C. § 844(e) |
| | * | |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about November 7, 2025, in the Eastern District of Louisiana, the defendant, **COREY JOHNSON**, through the use of telephone, an instrument of interstate or foreign commerce, did willfully make any threat and maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt being made and to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy any building by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

✓ Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc.No.

## NOTICE OF FORFEITURE

1.　　The allegation of Count 1 of this Indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.　　As a result of the offense alleged in Count 1, the defendant, **COREY JOHNSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said offense and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the offense.

3.　　If any of the above-described property, as a result of any act or omission of the defendant:

　　a.　　cannot be located upon the exercise of due diligence;

　　b.　　has been transferred or sold to, or deposited with, a third person;

　　c.　　has been placed beyond jurisdiction of the Court;

　　d.　　has been substantially diminished in value; or

　　e.　　has been commingled with other property which cannot be divided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
SPIRO G. LATSIS
Assistant United States Attorney
Louisiana Bar Roll No. 24517

New Orleans, Louisiana
November 20, 2025

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

THE UNITED STATES OF AMERICA

vs.

**COREY JOHNSON**

INDICTMENT FOR WILLFULLY MAKING A THREAT

VIOLATIONS:   18 U.S.C. § 844(e)

███████████

Filed in open court this _____ day of _____ A.D. 2025.

_____
Clerk

Bail, $ _____

_____
SPIRO G. LATSIS
Assistant United States Attorney